UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEFFREY GOFF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-141-ART |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Memorandum Opinion and Order filed with this Judgment.

(2) This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

(3) This is a final Judgment, and there is no just cause for delay.

This the 5th day of February, 2009.



**Signed By:**
*Amul R. Thapar*   AT
**United States District Judge**